UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| DAVID THOMIS WHITE | ) | BANKRUPTCY CASE NUMBER 09-12737 |
| SUZETTE APRIL WHITE | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

### NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 2 | Merchants Retail Credit Assn., Inc.<br>Medical & Dental Business Bureau<br>PO Box 11285 - 333 E. Washington Blvd.<br>Fort Wayne, Indiana  46857 | $ 1.49 |
| CLAIM # 8 | FIA Card Services, N.A./Bank of America<br>by American Infosource LP, Agent<br>Post Office Box 248809<br>Oklahoma City, Oklahoma 73124-8809 | $ 1.54 |
| CLAIM #10 | The Collection Company<br>202 West Van Buren Street, Suite E<br>Post Office Box 206<br>Columbia City, Indiana 46725 | $ 1.71 |
| CLAIM #11 | Wells Fargo Bank, N.A.<br>Post Office Box 5058 - MAC P6053-021<br>Portland, Oregon 97208 | $ 3.52 |
| CLAIM #13 | GE Money Bank dba PAYPAL<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Florida 33131 | $ 1.88 |

| | | |
|---|---|---|
| CLAIM #14 | Verizon Wireless<br>Post Office Box 3397<br>Bloomington, Illinois 61702 | $ 3.07 |
| CLAIM #16 | Preferred Anesthesia Consultants<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1320<br>Fort Wayne, Indiana 46802 | $ 0.42 |
| CLAIM #17 | Ft. Wayne Medical Lab<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1320<br>Fort Wayne, Indiana 46802 | $ 0.34 |
| CLAIM #18 | Ft. Wayne Medical Lab<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1320<br>Fort Wayne, Indiana 46802 | $ 0.38 |

**TOTAL:    $14.35**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of July, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven