UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| DAVID THOMIS WHITE | ) | BANKRUPTCY CASE NUMBER 09-12737 |
| SUZETTE APRIL WHITE | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on July 1, 2011, and issued checks as proposed in said proposed distribution.

3. That Check #107 issued to Worldwide Asset Purchasing II, LLC, c/o West Asset Management, Inc., P.O. Box 105698, Atlanta, GA 30348 on July 27, 29011 in the amount of $99.94 has been returned as undeliverable by the Post Office.

4. That the Trustee hereby gives notice that such amount of **$99.94** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

___/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:  260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of August, 2011, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov, and was sent via first class United States mail, postage prepaid, to: Worldwide Asset Purchasing II, LLC, c/o West Asset Management, Inc., P.O. Box 105698, Atlanta, GA 30348.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven